Bessie STEPHENSON et al., Appellants,

v.

Savannah BOSWELL et al., Appellees.

Court of Appeals of Kentucky.

Feb. 14, 1958.

Rehearing Denied May 9, 1958.

Howard A. SPENCER, Appellant,

v.

Geraldine M. SPENCER, Appellee.

Court of Appeals of Kentucky.

Feb. 21, 1958.

Rehearing Denied May 9, 1958.

Harold G. Wells, M. C. Redwine, Sr., Redwine & Redwine, Winchester, for appellants.

Harvey T. Lisle, R. Russell Grant, Winchester, for appellees.

PER CURIAM.

Motion for an appeal from the Clark Circuit Court; H. O. Porter, Judge.

This action involves a one-half interest in a piece of property in Winchester, valued at $2,500. The judgment of the lower court dismissing the complaint and the amended complaint of the appellants is affirmed because we think the trial court properly required them to assume the burden of proof, and which they declined to do.

The motion for an appeal is overruled, and the judgment is affirmed.